HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorneys for Defendant
MELISSA VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-MJ-0001 JDP |
|---|---|
| Plaintiff, | ) WAIVER OF APPEARANCE, FED. R. CRIM. P. 43(b)(2); REQUEST FOR APPROVAL |
| vs. | ) |
| MELISSA VALDEZ, | ) |
| Defendant. | ) Date: April 17, 2019<br>) Time: 10:00 am<br>) Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Melissa Valdez, having been advised of her right to be present at all stages of the proceedings, hereby requests that the Court permit her to waive her right to personally appear on April 17, 2019. She agrees that her interests shall be represented at all times by the presence of her attorney, Timothy Zindel from the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that the Court allow her attorney to represent her interests at all times.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Undersigned counsel has consulted with Ms. Valdez who resides in Davis, California, and with counsel for the government. The parties anticipate asking the Court to schedule a court trial for the week of June 10, 2019.

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ T. Zindel*
        TIMOTHY ZINDEL
        Assistant Federal Defender
        Attorney for Melissa Valdez

I ask the Court to permit me to waive my appearance at the upcoming status conference, and acknowledge that I will be present for trial and at any other time my presence is requested.

Dated: April 15, 2019         */s/ M. Valdez*
        MELISSA VALDEZ
        Defendant

**O R D E R**

The court hereby approves Ms. Valdez's waiver of appearance at the status conference scheduled for April 17, 2019.

IT IS SO ORDERED.

Dated:   April 16, 2019           *[signature: Jeremy Peterson]*
        UNITED STATES MAGISTRATE JUDGE