1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number 6:19-MJ-0001-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| MELISSA VALDEZ, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated:  May 11, 2019                          /S/ Susan St. Vincent_____
                                              Susan St. Vincent
                                              Legal Officer
                                              Yosemite National Park

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Valdez* 6:19-MJ-0001-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 13, 2019                                  _____
                                                                           UNITED STATES MAGISTRATE JUDGE